# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00396-CV

### K. D., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

## FROM THE 146TH DISTRICT COURT OF BELL COUNTY
## NO. 267,636-B, HONORABLE CHARLES H. VAN ORDEN, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant K.D. filed her notice of appeal on June 23, 2015. The appellate record was complete July 8, 2015, making appellant's brief due July 28, 2015. On July 24, 2015, counsel for appellant filed a motion for extension of time to file appellant's brief.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order counsel to file appellant's brief no later than August 17, 2015. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on July 29, 2015.

Before Chief Justice Rose, Justices Pemberton and Field